UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiff,

-against-

AMC ENTERTAINMENT HOLDINGS, INC.,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/28/2020_

19 Civ. 9919 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff having filed an amended complaint on February 28, 2020, ECF No. 25, and the parties having requested a new briefing schedule for a motion to dismiss, which the Court granted, *see* ECF No. 24, it is hereby ORDERED that Defendant's motion to dismiss filed on February 10, 2020 is DENIED as moot. *See also Praileau v. Fischer*, 930 F. Supp. 2d 383, 388 (N.D.N.Y. 2013) ("Typically, the filing of an amended complaint following the filing of a motion to dismiss the initial complaint moots the motion to dismiss." (internal quotation marks, citation, and alterations omitted)).

    The Clerk of Court is directed to terminate the motion at ECF No. 20.

    SO ORDERED.

Dated: February 28, 2020
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge