UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JAMES MURPHY AND ON BEHALF OF ALL      :
OTHER PERSONS SIMILARLY SITUATED,      :    Civil Action No. 1:19-cv-9919
                                       :
             Plaintiffs,               :    **NOTICE OF MOTION**
       v.                              :
                                       :
AMC ENTERTAINMENT HOLDINGS, INC.,      :
                                       :
             Defendant.                :
                                       :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   **PLEASE TAKE NOTICE THAT,** upon the annexed Memorandum of Law in Support of Defendant's Motion to Dismiss, Declaration of Hope Bledsoe dated February 10, 2020, together with Exhibit "A" annexed thereto, Defendant AMC Entertainment Holdings, Inc. hereby moves for an Order dismissing all claims for relief set forth in the First Amended Complaint *with prejudice* pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).

Dated: New York, New York
       April 2, 2020

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ John W. Egan*
 John W. Egan
620 Eighth Avenue
New York, New York 10018-1405
Phone:  212.218.5500
Fax:  212.218.5526
jegan@seyfarth.com

Minh N. Vu (admitted *pro hac vice*)
Seyfarth Shaw LLP
975 F Street, N.W.
Washington D.C. 20004
Phone: 202.828.5337
mvu@seyfarth.com

*Attorneys for Defendant*
*AMC Entertainment Holdings, Inc.*

62922907v.1